IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00358-CBS

ROBERT LYNN STILSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Craig B. Shaffer, on March 4, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Robert Lynn Stilson.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear his own fees and costs.

DATED at Denver, Colorado this   4th   day of March, 2016.

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK



                                      s/N. Marble
                                      N. Marble,
                                      Deputy Clerk